

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

PAT PRODEN + SHAUN PRODEN )
) Case No. 3:06-CV-00103 TMB
Plaintiff(s), )
vs. ) MOTION AND APPLICATION
NCO FINANCIAL SYSTEMS, INC.; ) OF NON-RESIDENT ATTORNEY
MIKE VOLTER; JASON CONLON; ) FOR PERMISSION TO APPEAR
JEREMY DOE; AND DOES 2 THRU ) AND PARTICIPATE IN THE
10 INCLUSIVE Defendant(s). ) UNITED STATES DISTRICT COURT
) FOR THE DISTRICT OF ALASKA

To the Honorable Judge of the above-entitled court:

I, ERIC F. FAGAN, hereby apply for permission to appear and participate as counsel for PAT PRODEN + SHAUN PRODEN, plaintiff/defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

  ☐ I am a registered participant in the CM/ECF System for the District of Alaska.

  ☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

  ☐ For the reasons set forth in the attached memorandum.

### OR

[Rule 83.frm] {Rev.01/06}

Receipt # 00128190
5/8/06  PS

☒   I hereby designate _____, a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE: APRIL 13, 2005

_____
(Signature)

Name: ERIC F. FAGAN

Address: 2220 OTAY LAKES RD #502-84
CHULA VISTA, CA. 91915

Telephone: 619-656-6656    e-mail: EFAGAN@EFAGANLAW.COM

<u>Consent of Local Counsel*</u>

I hereby consent to the granting of the foregoing application.

DATE: 5/8/06

_____
(Signature)

Name: Tim Cook

Address: 3901 TAIGA
ANCHORAGE, AK 99516

Telephone: 907 336-5291    e-mail:

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____    _____
UNITED STATES DISTRICT JUDGE
For the District of Alaska

[Rule 83.frm]{Rev.01/06}

DECLARATION OF NONRESIDENT ATTORNEY

Full Name: ERIC FRANCIS FAGAN
Business Address: 2220 OTAY LAKES RD, #502-84, CHULA VISTA, CA 91915
(Mailing/Street) (City, State, ZIP)
Residence: 1025 EAST J ST., CHULA VISTA, CA 91910
(Mailing/Street) (City, State, ZIP)
Business Telephone: 619-656-6056  e-mail address: EFAGAN@EFAGANLAW.COM
Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| CA | | 1979 |
| ND CA | | 2005 |
| SD CA | | 2005 |
| ED CA | | 2005 |
| CD CA | | 2005 |
| WD WI | | 2005 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: 4/13/06

(Signature of Applicant)

[Rule 83.frm] {Rev. 01/06}



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

April 5, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIC FRANCIS FAGAN, 087071 was admitted to the practice of law in this state by the Supreme Court of California on June 25, 1979; that on December 30, 2003, he was publicly reproved by State Bar Court; and that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records