William R. Warnock, Jr.
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
WRW@delaneywiles.com

Attorneys for defendant NCO Financial Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAT PRODEN & SHAUN PRODEN,<br><br>          Plaintiffs,<br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a corporation, MIKE VOLTER, an individual; JASON CONLON, an individual; JEREMY DOE, an individual; and DOES 2 through 10 inclusive,<br><br>          Defendants. | CASE NO.: 3:06-CV-00103-TMB |

ENTRY OF APPEARANCE

William R. Warnock, Jr., of the law firm of Delaney Wiles, Inc., herein enters his appearance on behalf of defendant NCO Financial Systems, Inc. (hereinafter "NCO").

It is requested that all pleadings, correspondence and material directed to NCO, in this action be hereinafter served upon attorney William R. Warnock, Jr. at the law firm of Delaney Wiles, Inc., 1007 West Third Avenue, Suite 400, Anchorage, Alaska, 99501.

Dated:   6/29/06

s/William R. Warnock, Jr.
Delaney Wiles, Inc.
1007 West 3rd Avenue Suite 400
Anchorage, Alaska 99501
WRW@delaneywiles.com
(907)-279-3581
(907)-277-1331 fax

Certificate of Service

I hereby certify that the
parties below were served
by electronic service on
6-29-06

Eric Fagan – efagan@efaganlaw.com

Tim Cook – tcook@acsalaska.net

William R. Warnock, Jr.

118779

*Proden v. NCO Financial, et. al*, Case No. 3:06-CV-00103 TMB
Entry of Appearance for NCO Financial Systems, Inc.

Page 2 of 2