William R. Warnock, Jr.
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
WRW@delaneywiles.com

Attorneys for defendant NCO Financial Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAT PRODEN & SHAUN PRODEN, <br><br> Plaintiffs, <br> vs. <br><br> NCO FINANCIAL SYSTEMS, INC., a corporation, MIKE VOLTER, an individual; JASON CONLON, an individual; JEREMY DOE, an individual; and DOES 2 through 10 inclusive, <br><br> Defendants. | CASE NO.: 3:06-CV-00103-TMB |

## JURY DEMAND

Defendant NCO Financial Systems, Inc., by and through counsel, demands a trial by jury, on all issues so triable in this action.

Dated:   6/29/06

s/William R. Warnock, Jr.
Delaney Wiles, Inc.
1007 West 3rd Avenue Suite 400
Anchorage, Alaska 99501
WRW@delaneywiles.com
(907)-279-3581
(907)-277-1331 fax

Certificate of Service

I hereby certify that the
parties below were served
by electronic service on
6-29-06

Eric Fagan – efagan@efaganlaw.com

Tim Cook – tcook@acsalaska.net

William R. Warnock, Jr.

118780