UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PAT PRODEN & SHAUN PRODEN )<br>)<br>)<br>Plaintiff(s),   )<br>vs.  )<br>)<br>NCO FINANCIAL SYSTEMS, INC. a )<br>corporation, et al.  )<br>Defendant(s).  )<br>_____) | Case No. 3:06-cv-00103-TMB<br><br>MOTION AND APPLICATION<br>OF NON-RESIDENT ATTORNEY<br>FOR PERMISSION TO APPEAR<br>AND PARTICIPATE IN THE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, David Israel                                          , hereby apply for permission to appear and participate as counsel for NCO Financial Systems, Inc.            , plaintiff/defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐   I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

  ☐   I am a registered participant in the CM/ECF System for the District of Alaska.

  ☐   I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

  ☐   For the reasons set forth in the attached memorandum.

**OR**

[Rule 83.frm]{Rev.01/06}

☒   I hereby designate William R. Warnock, Jr.         , a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE:   August 16, 2006

_____
(Signature)

Name:   David Israel

Address: Sessions, Fishman & Nathan, L.L.P.
         3850 N. Causeway Blvd., Suite 1240
         Metairie, Louisiana 70002-1752

Telephone: **(504) 828-3700**          e-mail: disrael@sessions-law.com

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:   August 21, 2006

_____
(Signature)

Name:   William R. Warnock, Jr.

Address: Delaney Wiles, Inc.
         1007 West 3rd Avenue, Suite 400
         Anchorage, Alaska 99502

Telephone:   907-279-3581          e-mail: WRW@delaneywiles.com

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____         _____
                                       UNITED STATES DISTRICT JUDGE
                                       For the District of Alaska

[Rule 83.frm](Rev.01/06)

Certificate of Service

I hereby certify that the
parties below were served
by electronic service on
8-22-06

Eric Fagan – efagan@efaganlaw.com

Tim Cook – tcook@acsalaska.net

David Israel – disrael@sessions-law.com

William R. Warnock, Jr.