United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

DAVID ISRAEL, ESQ., #7174

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 9th Day of October, 1981 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 9th Day of August, 2006, A.D.

Clerk of Court
Supreme Court of Louisiana

DECLARATION OF NONRESIDENT ATTORNEY

Full Name: David Israel

Business Address: 3850 N. Causeway Blvd., Suite 1240, Metairie, LA 70002-1752
(Mailing/Street) (City, State, ZIP)

Residence: 2013 Palmer Avenue, New Orleans, LA 70115
(Mailing/Street) (City, State, ZIP)

Business Telephone: (504) 828-3700    e-mail address: disrael@sessions-law.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| All Louisiana State Courts | | 1981 |
| U. S. ED and WD, State of LA | | 1981 |
| U.S. MD, State of LA | | 1985 |
| U.S. Ct. of Appeals 5th Cir. | | 1981 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:   August 16, 2006

_____
(Signature of Applicant)

[Rule 83.frm]{Rev.01/06}