William R. Warnock, Jr.
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
WRW@delaneywiles.com

Attorneys for defendant NCO Financial Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAT PRODEN & SHAUN PRODEN,<br><br>    Plaintiffs,<br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a corporation, MIKE VOLTER, an individual; JASON CONLON, an individual; JEREMY DOE, an individual; and DOES 2 through 10 inclusive,<br><br>    Defendants. | CASE NO.: 3:06-CV-00103-TMB |

### ORDER REGARDING MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE

This motion having come before this court and the court being fully advised, hereby enters its order as follows:

IT IS HEREBY ORDERED that David Israel is allowed to appear in this court for the above matter.

Dated:_____

_____
Judge Timothy M. Burgess

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

*Proden v. NCO Financial, et. al*, Case No. 3:06-CV-00103 TMB
ORDER                                                      Page 1 of 2

Certificate of Service

I hereby certify that the
parties below were served
by electronic service on
8-22-06

Eric Fagan – efagan@efaganlaw.com

Tim Cook – tcook@acsalaska.net

David Israel – disrael@sessions-law.com

William R. Warnock, Jr.

120848

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581