1  Eric Fagan SBN 87071
2  LAW OFFICES OF ERIC F. FAGAN
   2220 Otay Lakes Rd. #502-84
3  Chula Vista, Ca. 92116
   efagan@efaganlaw.com
4  Phone: 619-656-6656
5  Fax:775-703-7661

6  Tim Cook AKBN 9007048
   3901 Taiga Drive
7  Anchorage, AK  99516
8  Phone: 907-336-5291
   Fax: 907-336-5293
9  tcook@acsalaska.net

10 Attorneys for Plaintiff

11
12                     **UNITED STATES DISTRICT COURT**
13                              **DISTRICT OF ALASKA**
14
15  PAT PRODEN & SHAUN PRODEN,       )
                                     )
16          Plaintiffs,              )
        v.                           )   **Civil Case No.: 3:06-cv-00103-TMB**
17                                   )
    NCO FINANCIAL SYSTEMS, INC., a   )   PLAINTIFFS' NOTICE OF DISMISSAL
18  corporation; MIKE VOLTER, an individual; )   AND MEMORANDUM IN SUPPORT AS
    JASON CONLON, an individual; JEREMY )   TO DEFENDANT MIKE VOLTER,
19  DOE, an individual; and DOES 2 through 10 )   DEFENDANT JASON CONLON, AND
20  inclusive,                       )   DEFENDANT JEREMY DOE
                                     )
21          Defendants.              )
                                     )
22

23  Plaintiffs move for dismissal of individually named employee defendants under Federal Rule of

24  Civil Procedure 41(a)(1)(i).

25
26
27  Proden and Proden v. NCO Financial Systems, INC., et al
    Case No. 3:06-cv-00103-TMB
28  Plaintiffs' Motion & Memorandum In Support Dismissal                    Page 1 of 4

**INTRODUCTION**

1. Pat Proden and Shaun Proden are plaintiffs. NCO Financial Systems, Inc. (NCO) and individual employees of NCO, Volter, Conlon, and "Doe", are defendants.

2. On May 4, 2006, plaintiffs sued defendants for violations of the Fair Debt Collection Practices Act 15 U.S.C.§ 1692, *et seq.*.

3. Defendants Mike Volter, Jason Conlon, and Jeremy "Doe" have not been served with process and have not filed an answer or a motion for summary judgment.

4. This case is not a class action, and a receiver has not been appointed.

5. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

6. Plaintiffs have not dismissed an action based on or including the same claim or claims as those presented in this suit.

7. This requested dismissal is without prejudice.

**ARGUMENT**

8. On May 4, 2006, plaintiffs sued defendants for violations of the Fair Debt Collections Practices Act. Plaintiffs ask the court to dismiss their suit against the three named individuals at this time.

9. NCO performs debt collection on a nationwide scale and operates from several offices. Plaintiffs cannot determine where the individual defendants named in this suit are located within the NCO organization. NCO has refused to accept service for its employee defendants. It has also rejected Plaintiffs' request that NCO provide information allowing plaintiffs to serve process on them. NCO thus forces plaintiffs to resort to discovery to determine where individual employee defendants are located and the full and correct name of at least one individual currently listed as a "Doe" defendant.

10. The court may grant a motion for voluntary dismissal if the dismissal will not prejudice or operate to the detriment of the non-movant. Fed. R. Civ. P. 41(a)(2); *Davis v. USX Corp.,* 819 F.2d 1279, 1273-76 (4th Cir. 1987).

11. Plaintiffs request that the dismissal be without prejudice to refiling the suit against the named individual defendants because justice will be served by holding individual employees of debt collectors liable for their violations of the Fair Debt Collection Practices Act.

12. Defendant will not be prejudiced by the dismissal. *Grover v. Eli Lilly & Co.,* 33 F.3d 716 (6th Cir. 1994).

## CONCLUSION

13. NCO will not cooperate with service on its employees, and without discovery Plaintiffs have no way of determining the whereabouts of the individual named defendants. Therefore plaintiffs ask the court to dismiss the suit as to Defendants Mike Volter, Jason Conlon, and Jeremy "Doe" without prejudice.

Respectfully submitted on August 29, 2006,

_s/s Fagan by TC_____
Eric F. Fagan, Attorney for Plaintiffs


*s/s  Tim Cook*_____
Tim Cook, Attorney for Plaintiffs
Alaska Bar No. 9007048
3901 Taiga Drive
Anchorage, AK  99516
Phone: 907-336-5291
Fax: 907-336-5293
tcook@acsalaska.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiffs' Notice of Dismissal and Memorandum and Order was electronically served to the following on August 30, 2006:

William R. Warnock, Jr.
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501


_____
Tim Cook