# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| PAT PRODEN & SHAUN PRODEN,<br><br>　　　　Plaintiffs<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a corporation; MIKE VOLTER, an individual; JASON CONLON, an individual; JEREMY DOE, an individual; and DOES 2 through 10 inclusive,<br><br>　　　　Defendants | Civil Case No.: 3:06-cv-00103-TMB<br><br>ORDER DISMISSING DEFENDANT MIKE VOLTER, DEFENDANT JASON CONLON, AND DEFENDANT JEREMY DOE |

### ORDER ON MOTION TO DISMISS DEFENDANTS VOLTER, CONLON, AND DOE

　　On _____, 2006, the court considered plaintiffs' motion to dismiss unserved defendants Volter, Conlon, and Doe. After considering the motion and any response by defendants, the court:

GRANTS the motion and dismisses without prejudice.

SIGNED ON:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Timothy M. Burgess

Proposed order submitted by Plaintiffs' counsel Tim Cook