William R. Warnock, Jr.
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331 fax
WRW@delaneywiles.com

Attorneys for defendant NCO Financial Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAT PRODEN & SHAUN PRODEN,<br><br>        Plaintiffs,<br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a corporation, MIKE VOLTER, an individual; JASON CONLON, an individual; JEREMY DOE, an individual; and DOES 2 through 10 inclusive,<br><br>        Defendants. | CASE NO.: 3:06-CV-00103-TMB |

**DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S,
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

NOW COMES Defendant, NCO FINANCIAL SYSTEMS, INC. ("NCO"), and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

NCO Financial Systems, Inc., a Pennsylvania corporation, is wholly owned by JDR Holdings, Inc., a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

*Proden v. NCO Financial, et. al*, Case No. 3:06-CV-00103 TMB
NCO Financial Systems, Inc.'s Rule 7.1 dislcosure        Page 1 of 2

corporations are wholly owned by NCO Group, Inc., a publicly held corporation incorporated in Pennsylvania. No publicly held corporation owns 10% or more of NCO Group, Inc. stock.

Dated: 9/13/06

s/William R. Warnock, Jr.
Delaney Wiles, Inc.
1007 West 3rd Avenue Suite 400
Anchorage, Alaska 99501
WRW@delaneywiles.com
(907)-279-3581
(907)-277-1331 fax

Certificate of Service

I hereby certify that the
parties below were served
by electronic service on
9-13-2006

Eric Fagan – efagan@efaganlaw.com

Tim Cook – tcook@acsalaska.net

William R. Warnock, Jr.

121787

*Proden v. NCO Financial, et. al*, Case No. 3:06-CV-00103 TMB
NCO Financial Systems, Inc.'s Rule 7.1 dislcosure