Eric Fagan SBN 87071
Jeremy S. Golden SBN 228007
LAW OFFICES OF ERIC F. FAGAN
2220 Otay Lakes Rd. #502-84
Chula Vista, Ca. 92116
efagan@efaganlaw.com
Phone: 619-656-6656
Fax:775-703-7661

Tim Cook
3901 Taiga Drive
Anchorage, AK  99516
Phone: 907-336-5291
Fax: 907-336-5293
tcook@acsalaska.net
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| PAT PRODEN & SHAUN PRODEN,<br><br>         Plaintiffs<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a corporation; MIKE VOLTER, an individual; JASON CONLON, an individual; JEREMY DOE, an individual; and DOES 2 through 10 inclusive,<br><br>         Defendants | **Civil Case No.: 3:06-cv-00103-TMB**<br><br>**Motion to Dismiss with Prejudice** |

　　　COMES NOW plaintiffs Pat Proden and Shaun Proden, by and through their attorney of record, Tim Cook, and move the court to dismiss the above titled action with prejudice.

1

**MOTION TO DISMISS**

1  Respectfully submitted on February 14, 2007,

2

3  _s/s Fagan by TC_____
   Eric F. Fagan, Attorney for Plaintiffs

4

5

6

7  *s/s  Tim Cook*_____
   Tim Cook, Attorney for Plaintiffs
   Alaska Bar No. 9007048

8  3901 Taiga Drive
   Anchorage, AK  99516

9  Phone: 907-336-5291

10 Fax: 907-336-5293
   tcook@acsalaska.net

11

12

13

14

15 **CERTIFICATE OF SERVICE**

16 I hereby certify that a true and correct copy of the <u>Plaintiffs' Motion to Dismiss and Order</u> was

17 electronically served to the following on February 14, 2007:

18

19 William R. Warnock, Jr.
   Delaney Wiles, Inc.

20 1007 West 3rd Avenue, Suite 400
   Anchorage, Alaska 99501

21

22

23

24

25

26

27

28