# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| PAT PRODEN & SHAUN PRODEN, )<br>)<br>   Plaintiffs )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., a )<br>corporation; MIKE VOLTER, an individual; )<br>JASON CONLON, an individual; JEREMY )<br>DOE, an individual; and DOES 2 through 10 )<br>inclusive, )<br>)<br>   Defendants )<br>) | **Civil Case No.: 3:06-cv-00103-TMB**<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE |

<u>ORDER DISMISSING COMPLAINT WITH PREJUDICE</u>

On _____, 2007, the court considered plaintiffs' motion to dismiss the above captioned case and after considering the motion and any response by defendants, the court:

GRANTS the motion and dismisses with prejudice.

SIGNED ON:

_____

U.S. District Judge Timothy M. Burgess

Proposed order submitted by Plaintiffs' counsel Tim Cook