# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| PAT PRODEN & SHAUN PRODEN,<br><br>　　　　Plaintiffs<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a corporation; MIKE VOLTER, an individual; JASON CONLON, an individual; JEREMY DOE, an individual; and DOES 2 through 10 inclusive,<br><br>　　　　Defendants | **Civil Case No.: 3:06-cv-00103-TMB**<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE |

### ORDER DISMISSING COMPLAINT WITH PREJUDICE

On February 20th, 2007, the court considered Plaintiffs' Motion to Dismiss at Docket [24] in the above captioned case and after considering the motion and any response by defendants, the court:

**GRANTS the Plaintiff's Motion and Dismisses the Case with Prejudice.**

**SIGNED: February 20, 2007**

　　　　　　　　　　　　　　　　　　　　/s/ Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge